1  JOHN L. BURRIS, Esq./ State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
3  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
4  E-Mail: John.burris@johnburrislaw.com

5
   GAYLA B. LIBET, Esq./ State Bar # 109173
6  LAW OFFICES OF GAYLA B. LIBET
   486 41st Street, Suite 3
7  Oakland, CA 94609
   Telephone and Facsimile: (510) 420-0324
8  E-Mail: Glibet@sbcglobal.net

9
   Attorneys for Plaintiff
10
   MICHAEL C. WENZEL, Esq./ SB # 215388
11 BERTRAND, FOX & ELLIOT
   2749 Hyde Street
12 San Francisco, CA 94109
13 Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
14 E-Mail: Mwenzel@bfesf.com

15 Attorneys for Defendants
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19
   SAMANTHA MARIE TURNER, by and        )  Case No.: C10-03927 MEJ
20 through her guardian ad litem, DIANA LYNN )
   TURNER,                              )  **STIPULATION AND [PROPOSED] ORDER**
21                                      )  **CONTINUING EXPERT DISCLOSURE**
                  Plaintiff,            )  **AND MEDICAL EXAMINATION**
22 vs.                                  )  **DEADLINES**
23                                      )
   COUNTY OF ALAMEDA, a governmental    )
24 entity; GREGORY J. AHERN; in his capacity )
   as Sherifff for COUNTY OF ALAMEDA;   )
25 MICHAEL GALLARDO, individually, and in )
   his capacity as a deputy sheriff for COUNTY )
26 OF ALAMEDA; and, DOES 1-25,inclusive, )
27                                      )
                  Defendants.           )
28                                      )

1
STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCLOSURE/MEDICAL
EXAMINATION DEADLINES

Defendants COUNTY OF ALAMEDA, SHERIFF GREGORY AHERN and DEPUTY SHERIFF MICHAEL GALLARDO and plaintiff SAMANTHA MARIE TURNER, by and through her guardian ad litem, DIANA LYNN TURNER, by and through their respective attorneys of record, hereby stipulate as follows:

1. Pursuant to the Court's Order, dated 12-3-10, the following discovery and dispositive motion deadlines were set:

    (A) Disclosure of Expert Witnesses and Expert Reports to be served by 8-5-11;

    (B) Disclosure of Rebuttal Expert Witnesses to be served by 8-15-11;

    (C) Expert and Non-Expert Discovery to be completed by 8-30-11;

    (D) Motions to Compel Discovery shall be filed by 9-9-11, which is ten (10) days after the discovery cut-off date of 8-30-11;

    (E) All Dispositive Motions shall be filed, served, and noticed by 9-29-11;

    (F) The Court shall hear dispositive motions on 11-3-11 at Courtroom B, 15th Floor, Federal Building, 450 Golden Gate Avenue, S.F., CA 94102;

2. The Court's Order Setting Initial Case Management Conference and Deadlines required the parties to exchange Initial Disclosures on or before December 2, 2010. The parties stipulated to exchanging Initial Disclosures no later than December 8, 2011. Defendants served Initial Disclosures on December 8, 2011.

3. Plaintiff contends she served her Initial Disclosure Statement on 12-20-10; and served Plaintiff's Amended Disclosure Statement on 7-1-11. This disclosure statement contained several health care providers that defendants had not been previously aware of, and other materials which plaintiff's counsel had recently obtained from plaintiff and her mother, Diana Lynn Turner.

4. Defendants contend they never received plaintiff's Initial Disclosures, and first received Disclosures of any kind on July 1, 2011 in the form of Amended Initial Disclosures.

5. Defendants propounded Interrogatories and Requests for Production of Documents on plaintiff on January 14, 2011. Plaintiff was provided a two week extension of time to respond. Defense counsel was advised April 13, 2011 that responses would be provided

by April 18, 2011. No responses were received. Defense counsel agreed that defendants would not seek to compel responses prior to May 30, 2011, but provided no further extensions.

6. On May 4, 2011, defendants propounded Requests for Admissions to plaintiff. Plaintiff's responses were due June 8, 2011.

7. Plaintiff provided responses to Interrogatories, the Requests for Production of Documents and the Request for Admissions via e-mail on July 1, 2011.

8. Plaintiff propounded a Request for Production of Documents and Special Interrogatories on Defendants on March 25, 2011. Plaintiff provided defendants extensions of time to respond to discovery until May 30, 2011. Responses were served May 30, 2011.

9. Defendants did not serve documents with their Responses to Plaintiff's Request for Production of Documents, and have not yet served any responsive documents. In that regard, counsel has prepared and will be submitting to the Court a Stipulated Protective Order that will enable defendants to serve documents responsive to Plaintiff's Request for Production of Documents.

10. Because defendants did not receive plaintiff's discovery responses until July 1, 2011, they were unable to schedule plaintiff's deposition. That deposition is now scheduled for August 18, 2011.

11. Defendants intend to file a dispositive motion by September 29, 2011.

12. Defendants intend to have plaintiff seen by a mental health expert based on her claims of emotional distress. Additional defense medical experts, including a neurologist, may be required, but defendants will be unable to determine the scope of necessary examinations until after plaintiff's deposition on August 18, 2011. Plaintiff has agreed to stipulate to a mental health examination and the parties will meet and confer further regarding additional examinations after plaintiff's deposition is taken on August 18, 2011.

13. Plaintiff has not yet obtained complete medical records or billing statements, although they have been requested from the relevant health care providers;

14. There are at least two treating physicians whose depositions will be taken. The physicians have not yet confirmed dates in August on which they will be available for their

depositions.

15    Plaintiff will also be filing a Stipulation and Proposed Order on behalf of Diana Lynn Turner as Guardian Ad Litem for Plaintiff, Samantha Marie Turner Revoking Diana Lynn Turner's Power of Attorney to Act for Plaintiff, Samantha Marie Turner;

16.    The matter has not been referred to any form of ADR. The parties have discussed informal resolution and request they be referred to a Magistrate Judge for a settlement conference between September 1 and November 4, 2011.  Scheduling a Settlement Conference within this time frame could result in parties not bearing the cost of retaining experts and scheduling costly medical examinations should the case settle prior to 11-30-11, the date for disclosure of expert witnesses.

17.    For all the good cause reasons stated above, the parties respectfully request this Court:

    a.    extend the deadline for expert disclosures until <u>November 30, 2011</u>;

    b.    extend the deadline for completion of expert depositions to <u>December 21, 2011</u>;

    c.    extend defendants' deadline to have plaintiff submit to a mental and, if necessary, physical examination and, if necessary, to compel that examination until <u>November 30, 2011</u>.

    d.    Refer the parties to a Magistrate Judge and schedule a Settlement Conference after the close of non-expert discovery on August 30, 2011 and before November 4, 2011.

18.    Pretrial documents are due on 1-19-12, and the scheduled date for Trial is 3-5-12. Therefore, the parties' request for extension of deadlines should not interfere with the presently scheduled pretrial and trial dates set by the Court. The parties have submitted no prior stipulations to alter any deadlines set by the Court.

///

///

///

19. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 7-28-11                    By: /s/ *Gayla B. Libet, Esq.*
Gayla B. Libet, Esq.
Attorneys for Plaintiff


LAW OFFICES OF JOHN L. BURRIS

Dated: 7-28-11                    By: /s/ *John L. Burris, Esq.*
John L. Burris, Esq.
Attorneys for Plaintiff


BERTRAND, FOX & ELLIOT

Dated: 7-28-11                    By: /s/ *Michael C. Wenzel, Esq.*
Michael C. Wenzel, Esq.
Attorneys for Defendants


## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The deadline for expert disclosures shall be continued to November 30, 2011. The deadline for completion of expert depositions shall be continued to December 21, 2011. Defendants' deadline to have plaintiff submit to a mental and/or medical examinations and, if necessary, to compel those examinations is continued until November 30, 2011.

**IT IS SO ORDERED.**

DATED: July 29, 2011

_____
HONORABLE MARIA-ELENA JAMES
Chief United States Magistrate Judge