| | |
|---|---|
| 1 | JOHN L. BURRIS, Esq./ State Bar # 69888 |
| | LAW OFFICES OF JOHN L. BURRIS |
| 2 | 7677 Oakport Street, Suite 1120 |
| | Oakland, CA 94621 |
| 3 | Telephone: (510) 839-5200 |
| | Facsimile: (510) 839-3882 |
| 4 | E-Mail: John.burris@johnburrislaw.com |
| 5 | |
| | GAYLA B. LIBET, Esq./ State Bar # 109173 |
| 6 | LAW OFFICES OF GAYLA B. LIBET |
| | 486 41st Street, Suite 3 |
| 7 | Oakland, CA 94609 |
| | Telephone and Facsimile: (510) 420-0324 |
| 8 | E-Mail: Glibet@sbcglobal.net |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | |
| 11 | MICHAEL C. WENZEL, Esq./ State Bar # 215388 |
| | BERTRAND, FOX & ELLIOT |
| 12 | 2749 Hyde Street |
| | San Francisco, CA 94109 |
| 13 | Telephone: (415) 353-0999 |
| | Facsimile: (415) 353-0990 |
| 14 | E-Mail: Mwenzel@bfesf.com |
| 15 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA MARIE TURNER, by and through her guardian ad litem, DIANA LYNN TURNER, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN; in his capacity as Sherifff for COUNTY OF ALAMEDA; MICHAEL GALLARDO, individually, and in his capacity as a deputy sheriff for COUNTY OF ALAMEDA; and, DOES 1-25,inclusive, <br><br> Defendants. | Case No.: C10-03927 MEJ <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE PLAINTIFF'S DEPOSITION** |

---

1

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE
PLAINTIFF'S DEPOSITION

Defendants COUNTY OF ALAMEDA, SHERIFF GREGORY AHERN and DEPUTY SHERIFF MICHAEL GALLARDO and plaintiff SAMANTHA MARIE TURNER, by and through her guardian ad litem, DIANA LYNN TURNER, by and through their respective attorneys of record, hereby stipulate as follows:

1. Pursuant to the Court's Initial Scheduling Order, dated December 3, 2010, the following discovery and dispositive motion deadlines were set:

   (A) Disclosure of Expert Witnesses and Expert Reports to be served by 8-5-11;
   
   (B) Disclosure of Rebuttal Expert Witnesses to be served by 8-15-11;
   
   (C) Expert and Non-Expert Discovery to be completed by 8-30-11;
   
   (D) Motions to Compel Discovery shall be filed by 9-9-11, which is ten (10) days after the discovery cut-off date of 8-30-11;
   
   (E) All Dispositive Motions shall be filed, served, and noticed by 9-29-11;
   
   (F) The Court shall hear dispositive motions on 11-3-11 at Courtroom B, 15th Floor, Federal Building, 450 Golden Gate Avenue, S.F., CA 94102;

2. Defendants propounded Interrogatories and Requests for Production of Documents on plaintiff on January 14, 2011. On May 4, 2011, defendants propounded Requests for Admissions to plaintiff. Plaintiff's responses were due June 8, 2011.

3. Plaintiff provided responses to Interrogatories, the Requests for Production of Documents and the Request for Admissions via e-mail on July 1, 2011.

4. Because defendants did not receive plaintiff's discovery responses until July 1, 2011, they were unable to schedule plaintiff's deposition prior to that time. Plaintiff's deposition was scheduled by mutual agreement of counsel on July 19, 2011 to take place on August 18, 2011, within the Court ordered fact discovery deadline.

5. On or about August 15, 2011 plaintiff's counsel requested plaintiff's deposition be continued so that John Burris, co-counsel for plaintiff, could defend the deposition.

6. Defense counsel agreed to continue the deposition from August 18, 2011 to August 31, 2011 to accommodate counsel's schedule subject to this Court issuing an Order permitting defendants to conduct plaintiff's deposition on August 31, 2011, one day after the

current discovery date deadline, as well as plaintiff's agreement that plaintiff will not oppose and will stipulate to any motion or request by defendant to conduct discovery after August 31, 2011 that becomes necessary based upon information uncovered as a result of plaintiff's deposition testimony and will not oppose on timeliness grounds any motion to compel discovery relating to plaintiff's deposition.

7. For all the good cause reasons stated above, the parties respectfully request this Court extend the deadline for completion of plaintiff's deposition until August 31, 2011, and Order the deposition to take place on August 31, 2011.

8. Pretrial documents are due on January 19, 2012, and trial is scheduled for March 5, 2012. The parties were referred for a settlement conference with Magistrate Zimmerman, which has been set for November 3, 2011. Therefore, the parties' request for extension of deadlines should not interfere with the presently scheduled pretrial and trial dates set by the Court.

9. The parties have submitted one prior stipulation to alter deadlines set by the Court. Pursuant to that stipulation and Order signed July 29, 2011, the deadline for expert disclosures was continued to November 30, 2011, the deadline for completion of expert depositions was continued to December 21, 2011, and defendants' deadline to have plaintiff submit to a mental and/or medical examinations and, if necessary, to compel those examinations was continued until November 30, 2011.

10. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

                                      Respectfully submitted,

                                      LAW OFFICES OF GAYLA B. LIBET

Dated: 8-17-11                          By: /s/ *Gayla B. Libet, Esq.*
                                              Gayla B. Libet, Esq.
                                              Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: 8-17-11     By: /s/ *John L. Burris, Esq.*
                       John L. Burris, Esq.
                       Attorneys for Plaintiff

BERTRAND, FOX & ELLIOT

Dated: 8-17-11     By: /s/ *Michael C. Wenzel, Esq.*
                       Michael C. Wenzel, Esq.
                       Attorneys for Defendants

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The deadline for defendants to complete plaintiff's deposition is extended to August 31, 2011. Plaintiff's deposition shall take place on August 31, 2011.

**IT IS SO ORDERED.**

DATED: August 22, 2011

_____
HONORABLE MARIA-ELENA JAMES
Chief United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE PLAINTIFF'S DEPOSITION