JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone & Facsimile: (510) 420-0324

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA M.ARIE TURNER, by and through her guardian ad litem, DIANA LYNN TURNER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; MICHAEL GALLARDO, individually, and in his capacity as a deputy sheriff for COUNTY OF ALAMEDA; and, DOES 1-25, inclusive,<br><br>Defendants. | Action No. C-10-03927-MEJ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING DIANNA LYNN TURNER AS GUARDIAN AD LITEM FOR PLAINTIFF, SAMANTHA MARIE TURNER; AND REVOKING DIANNA LYNN TURNER'S POWER OF ATTORNEY TO ACT FOR PLAINTIFF, SAMANTHA MARIE TURNER |

## STIPULATION

Plaintiff's guardian ad litem, DIANA LYNN TURNER; plaintiff, SAMANTH MARIE TURNER; plaintiff's counsel, JOHN L. BURRIS, Esq.; and plaintiff's counsel GAYLA B. LIBET, Esq. hereby stipulate and agree, as follows:

STIPULATION AND PROPOSED ORDER DISMISSING DIANA LYNN TURNER AS GUARDIAN AD LITEM FOR PLAINTIFF, SAMANTHA M. TURNER; AND REVOKING DIANA LYNN TURNER'S POWER OF ATTORNEY TO ACT FOR PLAINTIFF, SAMANTHA M. TURNER

1

1. That DIANA LYNN TURNER is dismissed as guardian ad litem for plaintiff, SAMANTHA MARIE TURNER in this action; and,

2. That the power of attorney of DIANA LYNN TURNER to act for plaintiff, in this action SAMANTHA MARIE TURNER is revoked.

Dated: 8-30-11      By: _____
                        SAMANTHA MARIE TURNER, Plaintiff

Dated: 8-30-11      By: _____
                        DIANA LYNN TURNER, Guardian ad Litem
                        for Plaintiff, SAMANTHA MARIE TURNER

LAW OFFICES OF GAYLA B. LIBET

Dated: 8-30-11      By: _____
                        GAYLA B. LIBET, Esq.
                        Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: 8-30-11      By: /s/ John L. Burris, Esq.
                        JOHN L. BURRIS, Esq.
                        Attorneys for Plaintiff

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 14, 2011   _____
                            HONORABLE MARIA-ELENA JAMES
                            Chief United States District Court Magistrate Judge

STIPULATION AND PROPOSED ORDER DISMISSING DIANA LYNN TURNER AS GUARDIAN AD LITEM FOR PLAINTIFF, SAMANTHA M. TURNER; AND REVOKING DIANA LYNN TURNER'S POWER OF ATTORNEY TO ACT FOR PLAINTIFF, SAMANTHA M. TURNER

2