JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: John.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: Glibet@sbcglobal.net

Attorneys for Plaintiff

MICHAEL C. WENZEL, Esq./ State Bar # 215388
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-Mail: Mwenzel@bfesf.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA MARIE TURNER, by and through her guardian ad litem, DIANA LYNN TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN; in his capacity as Sherifff for COUNTY OF ALAMEDA; MICHAEL GALLARDO, individually, and in his capacity as a deputy sheriff for COUNTY OF ALAMEDA; and, DOES 1-25,inclusive,<br><br>    Defendants. | Case No. C10-03927 MEJ<br><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISPOSITIVE MOTION DEADLINES** |

1  Defendants COUNTY OF ALAMEDA, SHERIFF GREGORY AHERN and DEPUTY SHERIFF
2  MICHAEL GALLARDO and plaintiff SAMANTHA MARIE TURNER, by and through their respective
3  attorneys of record, hereby stipulate as follows:

4  1.  Pursuant to the Court's Order, dated 12-3-10, the following discovery and dispositive
5  motion deadlines were set:

6  (A)  Disclosure of Expert Witnesses and Expert Reports to be served by 8-5-11;
7  (B)  Disclosure of Rebuttal Expert Witnesses to be served by 8-15-11;
8  (C)  Expert and Non-Expert Discovery to be completed by 8-30-11;
9  (D)  Motions to Compel Discovery shall be filed by 9-9-11, which is ten (10) days after
10      the discovery cut-off date of 8-30-11;
11 (E)  All Dispositive Motions shall be filed, served, and noticed by 9-29-11;
12 (F)  The Court shall hear dispositive motions on 11-3-11 at Courtroom B, 15th Floor,
13      Federal Building, 450 Golden Gate Avenue, S.F., CA 94102;

14 2.  On July 28, 2011 the parties submitted a stipulation and proposed Order seeking to modify
15 certain dates.  No change was made to the dispositive motion deadline or hearing date. The Court did
16 approve the parties stipulation modifying other dates as follows:

17 (A)  Extension of deadline for expert disclosures until November 30, 2011;
18      Extension of deadline for completion of expert depositions to December 21, 2011;
19 (B)  Extension of defendants' deadline to have plaintiff submit to a mental and, if
20      necessary, physical examination and, if necessary, to compel that examination
21      until November 30, 2011; and
22 (C)  Referral of the parties to a Magistrate Judge and schedule a Settlement Conference
23      after the close of non-expert discovery on August 30, 2011 and before
24      November 4, 2011.

25 3.  The parties are scheduled to appear for a Settlement Conference before the Honorable
26 Bernard Zimmerman on November 3, 2011.

27 4.  Plaintiff served a settlement demand on September 7, 2011. Because substantial fees and
28 costs associated with a motion for summary judgment/adjudication and substantial expert fees will be

incurred prior to the November 3, 2011 Settlement Conference, the parties are now actively engaged in settlement discussions.

5. To avoid fees and costs that the parties might expended unnecessarily while discussing settlement, the parties respectfully request this Court modify its December 3, 2010 scheduling order.

6. For all the good cause reasons stated above, the parties respectfully request this Court continue the deadline for the filing of dispositive motions <u>from September 29, 2011 until October 13, 2011</u>. The parties further request that the Court continue the hearing date of dispositive motions <u>from November 3, 2011 until November 17, 2011</u>, or a date thereafter as convenient to the Court.

7. Pretrial documents are due on January 19, 2012, and the scheduled date for Trial is March 5, 2012. Therefore, the parties' request for extension of deadlines should not interfere with the presently scheduled pretrial and trial dates set by the Court.

8. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 9-22-11     By: /s/ *Gayla B. Libet, Esq.*
                        Gayla B. Libet, Esq.
                        Attorneys for Plaintiff


LAW OFFICES OF JOHN L. BURRIS

Dated: 9-22-11     By: /s/ *John L. Burris, Esq.*
                        John L. Burris, Esq.
                        Attorneys for Plaintiff


BERTRAND, FOX & ELLIOT

Dated: 9-22-11     By: /s/ *Michael C. Wenzel, Esq.*
                        Michael C. Wenzel, Esq.
                        Attorneys for Defendants

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The deadline for the filing of dispositive motions is continued from September 29, 2011 until October 13, 2011. Dispositive motions shall be heard on November 17, 2011.

**IT IS SO ORDERED.**

DATED: September 22, 2011

_____
HONORABLE MARIA-ELENA JAMES
Chief United States Magistrate Judge