| | |
|---|---|
| 1 | JOHN L. BURRIS, Esq./ State Bar # 69888 |
| | LAW OFFICES OF JOHN L. BURRIS |
| 2 | 7677 Oakport Street, Suite 1120 |
| | Oakland, CA 94621 |
| 3 | Telephone: (510) 839-5200 |
| | Facsimile: (510) 839-3882 |
| 4 | E-Mail: John.burris@johnburrislaw.com |
| 5 | |
| | GAYLA B. LIBET, Esq./ State Bar # 109173 |
| 6 | LAW OFFICES OF GAYLA B. LIBET |
| | 486 41st Street, Suite 3 |
| 7 | Oakland, CA 94609 |
| | Telephone and Facsimile: (510) 420-0324 |
| 8 | E-Mail: Glibet@sbcglobal.net |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | |
| | MICHAEL C. WENZEL, Esq./ State Bar # 215388 |
| 11 | BERTRAND, FOX & ELLIOT |
| | 2749 Hyde Street |
| 12 | San Francisco, CA 94109 |
| 13 | Telephone: (415) 353-0999 |
| | Facsimile: (415) 353-0990 |
| 14 | E-Mail: Mwenzel@bfesf.com |
| 15 | |
| | Attorneys for Defendants |

**GRANTED**
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMANTHA MARIE TURNER, by and through her guardian ad litem, DIANA LYNN TURNER, | ) ) ) | Case No.: C10-03927 MEJ |
| | ) | **NOTICE OF SETTLEMENT OF CASE** |
| Plaintiff, | ) | |
| vs. | ) ) | |
| COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN; in his capacity as Sherifff for COUNTY OF ALAMEDA; MICHAEL GALLARDO, individually, and in his capacity as a deputy sheriff for COUNTY OF ALAMEDA; and, DOES 1-25,inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

1
NOTICE OF SETTLEMENT OF CASE

**PLEASE TAKE NOTICE** that Defendants COUNTY OF ALAMEDA, SHERIFF GREGORY AHERN and DEPUTY SHERIFF MICHAEL GALLARDO and plaintiff SAMANTHA MARIE TURNER, by and through her guardian ad litem, DIANA LYNN TURNER, by and through their respective attorneys of record, (collectively, the "PARTIES"), have reached a settlement in this matter.

The PARTIES are currently in the process of finalizing settlement documents and anticipate filing a Stipulation to Dismissal in the near future.

The PARTIES respectfully request at this time that all upcoming hearing dates in this matter be vacated from the Court's calendar ~~and that an Order to Show Cause hearing be set for sixty (60) days from the filing of this notice.~~

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 10-26-11          By: /s/ *Gayla B. Libet, Esq.*
                              Gayla B. Libet, Esq.
                              Attorneys for Plaintiff


LAW OFFICES OF JOHN L. BURRIS

Dated: 10-26-11          By: /s/ *John L. Burris, Esq.*
                              John L. Burris, Esq.
                              Attorneys for Plaintiff


BERTRAND, FOX & ELLIOT

Dated: 10-26-11          By: /s/ *Michael C. Wenzel, Esq.*
                              Michael C. Wenzel, Esq.
                              Attorneys for Defendants

The parties shall file a stipulation for dismissal or joint status report by December 23, 2011.

Dated: October 26, 2011

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed Judge Maria-Elena James]*