1  JOHN L. BURRIS, Esq./ State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
3  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
4  E-Mail: John.burris@johnburrislaw.com

5
   GAYLA B. LIBET, Esq./ State Bar # 109173
6  LAW OFFICES OF GAYLA B. LIBET
   486 41st Street, Suite 3
7  Oakland, CA 94609
   Telephone and Facsimile: (510) 420-0324
8  E-Mail: Glibet@sbcglobal.net

9
   Attorneys for Plaintiff
10
   MICHAEL C. WENZEL, Esq./ State Bar # 215388
11 BERTRAND, FOX & ELLIOT
   2749 Hyde Street
12 San Francisco, CA 94109
   Telephone: (415) 353-0999
13 Facsimile: (415) 353-0990
   E-Mail: Mwenzel@bfesf.com
14

15 Attorneys for Defendants

16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19
   SAMANTHA MARIE TURNER, by and          ) Case No.: C10-03927 MEJ
20 through her guardian ad litem, DIANA LYNN )
   TURNER,                                ) **NOTICE OF SETTLEMENT OF CASE**
21                                        )
                  Plaintiff,              )
22 vs.                                    )
                                          )
23                                        )
   COUNTY OF ALAMEDA, a governmental      )
24 entity; GREGORY J. AHERN; in his capacity )
   as Sherifff for COUNTY OF ALAMEDA;     )
25 MICHAEL GALLARDO, individually, and in )
   his capacity as a deputy sheriff for COUNTY )
26 OF ALAMEDA; and, DOES 1-25,inclusive,  )
                                          )
27                Defendants.             )
28 _____ )

---
1
NOTICE OF SETTLEMENT OF CASE

[Stamp: GRANTED — Judge Maria-Elena James — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**PLEASE TAKE NOTICE** that Defendants COUNTY OF ALAMEDA, SHERIFF GREGORY AHERN and DEPUTY SHERIFF MICHAEL GALLARDO and plaintiff SAMANTHA MARIE TURNER, by and through her guardian ad litem, DIANA LYNN TURNER, by and through their respective attorneys of record, (collectively, the "PARTIES"), have reached a settlement in this matter.

The PARTIES are currently in the process of finalizing settlement documents and anticipate filing a Stipulation to Dismissal in the near future.

The PARTIES respectfully request at this time that all upcoming hearing dates in this matter be vacated from the Court's calendar ~~and that an Order to Show Cause hearing be set for sixty (60) days from the filing of this notice.~~

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 10-26-11          By: /s/ *Gayla B. Libet, Esq.*
                             Gayla B. Libet, Esq.
                             Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: 10-26-11          By: /s/ *John L. Burris, Esq.*
                             John L. Burris, Esq.
                             Attorneys for Plaintiff

BERTRAND, FOX & ELLIOT

Dated: 10-26-11          By: /s/ *Michael C. Wenzel, Esq.*
                             Michael C. Wenzel, Esq.
                             Attorneys for Defendants

The parties shall file a stipulation for dismissal or joint status report by December 23, 2011.

Dated: October 26, 2011

*[Signature: Judge Maria-Elena James, United States District Court, Northern District of California seal]*

2
NOTICE OF SETTLEMENT OF CASE