JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: John.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: Glibet@sbcglobal.net

Attorneys for Plaintiff

MICHAEL C. WENZEL, Esq./ State Bar # 215388
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-Mail: Mwenzel@bfesf.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA MARIE TURNER, by and through her guardian ad litem, DIANA LYNN TURNER,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN; in his capacity as Sheriffff for COUNTY OF ALAMEDA; MICHAEL GALLARDO, individually, and in his capacity as a deputy sheriff for COUNTY OF ALAMEDA; and, DOES 1-25,inclusive,<br><br>  Defendants. | Case No. C10-03927 MEJ<br><br>**STIPULATION TO DISMISSAL AND [PROPOSED] ORDER** |

**STIPULATION**

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff SAMANTHA MARIE TURNER, by and through her attorneys of record, and defendants COUNTY OF ALAMEDA, SHERIFF GREGORY AHERN and DEPUTY SHERIFF MICHAEL GALLARDO, by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 01-04-12                    By: /s/ *Gayla B. Libet, Esq.*
                                       Gayla B. Libet, Esq.
                                       Attorneys for Plaintiff


LAW OFFICES OF JOHN L. BURRIS

Dated: 01-04-12                    By: /s/ *John L. Burris, Esq.*
                                       John L. Burris, Esq.
                                       Attorneys for Plaintiff


BERTRAND, FOX & ELLIOT

Dated: 01-04-12                    By: /s/ *Michael C. Wenzel, Esq.*
                                       Michael C. Wenzel, Esq.
                                       Attorneys for Defendants

## ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing, dismisses this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO ORDERED.**

DATED: January 4, 2012

_____
HONORABLE MARIA-ELENA JAMES
Chief United States Magistrate Judge

3
STIPULATION TO DISMISSAL AND [PROPOSED] ORDER