1  JOHN L. BURRIS, Esq./ State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
3  Oakland, CA 94621
   Telephone: (510) 839-5200
4  Facsimile: (510) 839-3882
   E-Mail: John.burris@johnburrislaw.com
5
   GAYLA B. LIBET, Esq./ State Bar # 109173
6  LAW OFFICES OF GAYLA B. LIBET
7  486 41st Street, Suite 3
   Oakland, CA 94609
8  Telephone and Facsimile: (510) 420-0324
   E-Mail: Glibet@sbcglobal.net
9
10 Attorneys for Plaintiff

11 MICHAEL C. WENZEL, Esq./ State Bar # 215388
   BERTRAND, FOX & ELLIOT
12 2749 Hyde Street
   San Francisco, CA 94109
13 Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
14 E-Mail: Mwenzel@bfesf.com
15
16 Attorneys for Defendants

17                UNITED STATES DISTRICT COURT
18                NORTHERN DISTRICT OF CALIFORNIA
19
20 SAMANTHA MARIE TURNER, by and         Case No. C10-03927 MEJ
   through her guardian ad litem, DIANA LYNN
   TURNER,
21
22       Plaintiff,
                                         **STIPULATION TO DISMISSAL AND**
23    v.                                 ~~[PROPOSED]~~ **ORDER**

24 COUNTY OF ALAMEDA, a governmental
   entity; GREGORY J. AHERN; in his capacity
25 as Sherifff for COUNTY OF ALAMEDA;
   MICHAEL GALLARDO, individually, and in
26 his capacity as a deputy sheriff for COUNTY
   OF ALAMEDA; and, DOES 1-25,inclusive,
27
         Defendants.
28

**STIPULATION**

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff SAMANTHA MARIE TURNER, by and through her attorneys of record, and defendants COUNTY OF ALAMEDA, SHERIFF GREGORY AHERN and DEPUTY SHERIFF MICHAEL GALLARDO, by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 01-04-12        By: /s/ *Gayla B. Libet, Esq.*
                           Gayla B. Libet, Esq.
                           Attorneys for Plaintiff


LAW OFFICES OF JOHN L. BURRIS

Dated: 01-04-12        By: /s/ *John L. Burris, Esq.*
                           John L. Burris, Esq.
                           Attorneys for Plaintiff


BERTRAND, FOX & ELLIOT

Dated: 01-04-12        By: /s/ *Michael C. Wenzel, Esq.*
                           Michael C. Wenzel, Esq.
                           Attorneys for Defendants

**ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing, dismisses this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO ORDERED.**

DATED: January 4, 2012

_____
HONORABLE MARIA-ELENA JAMES
Chief United States Magistrate Judge